DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSHARD WHITEHEAD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3505

[February 19, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott I. Suskauer, Judge; L.T. Case No. 502009CF003886AXXXMB.

Roshard Whitehead, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***